Jerry Secor, a Minor, by Edward Secor, His Father and Friend, and Edward Secor, Plaintiffs-Appellees, v. Charles Hyde, Defendant-Appellant.

Gen. No. 10,896.    (Abstract of Decision.)

Second District.

June 11, 1956.

Released for publication June 28, 1956.

Putnam, Johnson & Alschuler, for appellant; Sam Alschuler, Ralph C. Putnam, Jr., and Edward J. McWethy, of counsel; O'Brien, Burnell & Puckett, for plaintiffs-appellees; William C. O'Brien, Wilson D. Burnell, Donald L. Puckett, and Joseph H. Barnett, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.